# Court of Appeals
# of the State of Georgia

ATLANTA, April 08, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1279. TRAVIS NICHOLAS GORDEUK v. THE STATE.**

In March 2021, Travis Nicholas Gordeuk pleaded guilty to possession of methamphetamine, giving false information to a law enforcement officer, and driving without a license. He was sentenced to five years, with the first year to be served in confinement and the balance on probation. On February 8, 2024, the trial court revoked Gordeuk's probation and Gordeuk filed this direct appeal. We lack jurisdiction.

An appeal from a probation revocation order must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Accordingly, Gordeuk's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 04/08/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*